■ STATE FARM FIRE & CASUALTY COMPANY, as Subrogee of Robert Romano, Appellant, v NATIONAL GRID POWER CORPORATION, Respondent. [982 NYS2d 807]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered January 14, 2013. The order granted defendant's motion for summary judgment, denied plaintiff's cross motion for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Peradotto and Sconiers, JJ.